```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44724
   TOYIA M SIMS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9700


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 12/06/2004 and was confirmed 01/24/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 10/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM  SECURED            6000.00          530.03       6000.00
NATIONAL CAPITAL MANAGEM  UNSECURED          6047.10             .00       6047.10
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED             .00           .00
CAPITAL ONE SERVICES      UNSECURED        NOT FILED             .00           .00
CAPITAL ONE SERVICES      UNSECURED        NOT FILED             .00           .00
COLDATA INC               UNSECURED        NOT FILED             .00           .00
MIDLAND FINANCE COMPANY   UNSECURED        NOT FILED             .00           .00
NATIONAL ACTION FINANCIA  UNSECURED        NOT FILED             .00           .00
NATIONAL QUICK            UNSECURED        NOT FILED             .00           .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH          .00             .00           .00
TIMOTHY K LIOU            REIMBURSEMENT       14.40             .00         14.40
TIMOTHY K LIOU            DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                           869.98
DEBTOR REFUND             REFUND                                            467.49

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   16,629.00

PRIORITY                                            14.40
SECURED                                          6,000.00
   INTEREST                                        530.03
UNSECURED                                        6,047.10
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               869.98
DEBTOR REFUND                                      467.49
                          --------------       --------------
TOTALS                    16,629.00              16,629.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 44724 TOYIA M SIMS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE